

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>Mitsuka Clervil<br><br>Debtor | Chapter 13<br>25-10131-CJP |

## ORDER

**MATTER:**

#4 Order to Update Re: 1 Chapter 13 Voluntary Petition.

GIVEN THE CIRCUMSTANCES OF DEBTOR'S COUNSEL'S WITHDRAWAL, NOTWITHSTANDING THAT THE COURT PREVIOUSLY EXTENDED THE DEADLINE FOR THE DEBTOR TO COMPLY WITH THE ORDER TO UPDATE [ECF NO. 4] AND THE DEBTOR HAVING FAILED TO FILE THE OUTSTANDING DOCUMENTS DUE PURSUANT TO THE ORDER TO UPDATE (INCLUDING THE CHAPTER 13 PLAN; SCHEDULES A/B-J; THE STATEMENT OF FINANCIAL AFFAIRS; THE SUMMARY OF ASSETS AND LIABILITIES; THE CHAPTER 13 STATEMENT OF YOUR CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD FORM 122C-1; AND EVIDENCE OF CURRENT AND SUFFICIENT LIABILITY AND PROPERTY INSURANCE (COLLECTIVELY, THE "DOCUMENTS")) BY THE EXTENDED DEADLINE, THE COURT HEREBY FURTHER EXTENDS THE DEBTOR'S DEADLINE TO COMPLY TO MARCH 21, 2025. **IF THE DEBTOR DOES NOT FILE THE OUTSTANDING DOCUMENTS ON OR BEFORE MARCH 21, 2025 AT 4:30 P.M., THE CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 03/04/2025

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge