

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re:

Mitsuka Clervil

Debtor

Chapter 13
25-10131-CJP

## ORDER

**MATTER:**

#32 Chapter 13 Trustee's Motion for Order Dismissing Case.

NO OBJECTIONS HAVING BEEN FILED, AND GOOD CAUSE APPEARING FOR THE RELIEF REQUESTED, THE MOTION IS GRANTED AND THE CASE IS HEREBY DISMISSED.

Dated: 05/12/2025

By the Court,

_____

Christopher J. Panos
United States Bankruptcy Judge